# LEVENSON LAW LLC

625 W 51st Street
New York, NY 100019
Tel. (347) 352-2470
Fax (201) 632-4822
Email Levensonlawgroup@gmail.com
Admitted to Practice in NJ, NY, PA & CT

To: Hon. Brian M. Kogan
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

June 28, 2022

**Re:** MORDECAI KLEIN, individually and on behalf of all others similarly situated and CHAIM MEYER KLEIN, individually and on behalf of all others similarly situated v. DEUTSCHE LUFTHANSA AG d/b/a LUFTHANSA AIRLINE, FRANKFURT AIRPORT, FRAPORT AG FRANKFURT AIRPORT SERVICES WORLDWIDE, FRAPORT NEW YORK, INC., and FRAPORT USA INC. Index No. 22-CV-02957

Dear Judge Kogan,

This letter is to update you as to the status of the above-captioned case regarding the Complaint and Service of Process. First, please note that we have yet to serve the Defendants with the Summons and Complaint but have spoken with the counsel for the defense, Anthony Battista of Condon & Forsyth. Both parties have agreed on the following schedule if it pleases the Court.

Plaintiffs intend to submit a Third Amended Complaint on or around July 15, 2022, at which time, Mr. Battista has agreed to accept service of the Summons and Complaint on behalf of the Defendants. Given that there is currently a scheduled hearing on August 4, 2022, the Court may want to revise this date until sometime in late September or early October to allow the Defendants time to file their Answer and for Plaintiff to submit a reply.

Regards,

LEVENSON LAW GROUP

*/s/ Scott Levenson*_____
By: Scott Levenson, Esq.
Attorney for Plaintiffs
625 West 51st Street
New York, NY  10019
(347) 352-2470
Levensonlawgroup@gmail.com