UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

CHAIM MEYER KLEIN, an individual and
MORDECAI KLEIN, an individual on behalf of all
those similarly situated,

        Plaintiff,

vs.

DEUTSCHE LUFTHANSA AG d/b/a
LUFTHANSA AIRLINE, FRANKFURT AIRPORT,
FRAPORT AG FRANKFURT AIRPORT
SERVICES WORLWIDE, FRAPORT NEW YORK,
INC., and FRAPORT USA INC.,

        Defendant.
----------------------------------------X

Case No. 1:22-cv-02957

**STATEMENT OF DEFENDANT
DEUTSCHE LUFTHANSA AG
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant DEUTSCHE LUFTHANSA AG states that it has no parent company and that Kühne Aviation GmbH owns 10% or more of its stock.

Dated: July 29, 2022
      New York, New York

      Respectfully submitted,

      CONDON & FORSYTH LLP

      By _____
          Anthony U. Battista (AB 0783)
          Marissa N. Lefland (ML 5375)
      Times Square Tower
      7 Times Square, 18th Floor
      New York, New York 10036
      Tel: (212) 490-9100
      abattista@condonlaw.com
      mlefland@condonlaw.com

      *Attorneys for Defendant*
      DEUTSCHE LUFTHANSA AG