UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORDECAI KLEIN, individually and : 
On behalf of all others similarly situated, : 
and CHAIM MEYER KLEIN, individually : 
and on behalf of all others similarly : 
situated, : 
            Plaintiffs, : 
: 
vs. :   CASE NO.: 1:22-cv-02957
: 
DEUTSCHE LUFTHANSA AG d/b/a : 
LUFTHANSA AIRLINE, FRANKFURT : 
AIRPORT, FRAPORT AG : 
FRANKFURT AIRPORT SERVICES :   **NOTICE OF APPEAL**
SERVICES WORLDWIDE, FRAPORT : 
NEW YORK, INC., and FRAPORT USA : 
INC. : 
            Defendants :
: 
_____/

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs MORDECAI KLEIN, individually and on behalf of all others similarly situated, and CHAIM MEYER KLEIN, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Memorandum Decision and Order (Doc. 14) granting Plaintiffs' Motion to Dismiss, entered in this action on August 22, 2022, and from all previous rulings in this action denying in part defendants' motion to dismiss, entered in this action on May 15, 2022.

Dated: September 21, 2022             Respectfully submitted,

                                                */s/ Scott Levenson*
                                                By: Scott Levenson, Esq.

Attorney for Plaintiffs
625 West 51st Street
New York, NY  10019
(347) 352-2470
Levensonlawgroup@gmail.com