

Direct Dial: (212) 894-6892
Direct Fax:  (212) 370-4453
abattista@condonlaw.com

September 30, 2022

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Klein et al. v. Deutsche Lufthansa AG et al.
Case No.: 1:22-cv-02957
C&F Ref: 10493

Dear Judge Cogan:

We represent Defendant Deutsche Lufthansa AG ("Lufthansa") in this matter and submit this letter to advise the Court that the parties have agreed to a settlement in principle. We respectfully request that the Court suspend current deadlines and allow the parties thirty days to submit a stipulation of discontinuance with prejudice.

We thank the Court for its consideration.

Respectfully submitted,

Anthony U. Battista

AUB:mnl

cc: Scott C. Levenson, Esq.